IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEE ANDREW CLAYTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:13cv941-CSC<br>(WO) |

FINAL JUDGMENT

In accordance with the Memorandum Opinion entered in this case, it is

ORDERED and ADJUDGED that the decision of the Commissioner denying benefits be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice. Costs are taxed against the plaintiff for which execution may issue.

Done this 4th day of September, 2014.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE